# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **JUAN JOSE PARAMO BIESTRA,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:25-CV-05286** |
| | § | |
| **KRISTI NOEM,** *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On December 15, 2025, Petitioner Juan Jose Paramo Biestra filed Petitioner's Memorandum on Jurisdiction (ECF No. 11) in response to Federal Respondents' Opposition to Petition for Writ of Habeas Corpus and Motion to Dismiss (ECF No. 6). The Government is hereby ORDERED to reply to Petitioner's Memorandum on Jurisdiction by January 6, 2026. The Government's reply should include when Petitioner was first detained by Immigration and Customs Enforcement and the basis for Petitioner's initial detention.

**IT IS HEREBY ORDERED.**

**SIGNED** at Houston, Texas, on this the 24th day of December, 2025.

Keith P. Ellison
United States District Judge